THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL MONACO, Appellant, against JOHN F. MCNEILL, as Director of Matteawan State Hospital, Respondent.

Argued April 4, 1949; decided April 20, 1949.

*Samuel Brill* and *Michael P. Direnzo* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Herman N. Harcourt* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.